## UNITED STATES of America, Plaintiff–Appellee,

v.

## Abel ROCA–OLMOS, Defendant–Appellant.

No. 07–11751
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 20, 2007.

Abel Roca–Olmos, Lisbon, OH, pro se.

David Andrew Sigler, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Before DUBINA, BLACK and CARNES, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Abel Roca–Olmos, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record confirms counsel's assessment of the relative merits of the ap-

peal. Because independent examination of the entire record reveals no issue of arguable merit, counsel's motion to withdraw is **GRANTED,** and Roca's conviction and sentence are **AFFIRMED.**